

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2016

No. 04-16-00332-CV

**IN RE GEICO** Advantage Insurance Company

Original Mandamus Proceeding[1]

**ORDER**

Sitting:       Karen Angelini, Justice
                Luz Elena D. Chapa, Justice
                Jason Pulliam, Justice

On May 26, 2016, relator filed a petition for writ of mandamus. On May 27, 2016 relator filed an emergency motion for temporary relief. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. See Tex. R. App. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court no later than June 20, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

Relator's request for emergency relief is GRANTED. The trial court's May 12, 2016 order compelling relator to respond to real party in interest's requests for production numbers 67, 68, 69, 75, and 76 is stayed pending further ruling of this court.

It is so **ORDERED** on June 3, 2016.

PER CURIAM

ATTESTED TO: _____
                    Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2015CV05805, styled *David Massengill v. GEICO Advantage Insurance Company*, pending in the County Court at Law No. 3, Bexar County, Texas, the Honorable Walden Shelton presiding.